FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 3 1 2006

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WARD | § | |
| VS. | § | CIVIL ACTION NO. 4:05cv157 |
| TERRY BOX, ET AL. | § | |

MEMORANDUM ORDER OVERRULING Plaintiff'S OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Christopher Ward, formerly an inmate at the Collin County Detention Facility, proceeding *pro se* and *in forma pauperis*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court heretofore referred this matter to the Honorable Don D. Bush, United States Magistrate Judge, at Sherman [Beaumont struck through], Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends Plaintiff's motions for injunctive relief (docket entry nos. 7, 8, 17, 18, and 20) be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes Plaintiff's objections are without merit.

Plaintiff has filed a notice of change of address, indicating he is no longer in custody. Plaintiff's release from the custody of the Collin County Detention Center renders Plaintiff's motions for injunctive relief moot. *See Cooper v. Sheriff, Lubbock County, Texas*, 929 F.2d 1078, 1084 (5th Cir. 1991). Further, Plaintiff has failed to establish that the existence of a substantial threat that irreparable harm will result if the injunction is not granted.

In addition to the above-referenced motions, Plaintiff has filed one other motion for temporary restraining order (docket entry no. 30). For the reasons set forth above, Plaintiff's latest motion for temporary restraining order should be denied as well.

## O R D E R

Accordingly, Plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that Plaintiff's motions for injunctive relief (docket entry nos. 7, 8, 17, 19, 20, and 30) are **DENIED**.

**SIGNED** this 30 day of January, 2006.

PAUL BROWN
UNITED STATES DISTRICT JUDGE