IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 1 4 2006
DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| CHRISTOPHER WARD, #163700 | § | |
| VS. | § | CIVIL ACTION NO. 4:05-CV-157 |
| SHERIFF TERRY BOX, ET AL | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush who issued a Report and Recommendation concluding that the Complaint should be dismissed with prejudice for failure to state a claim for which relief may be granted and as frivolous. The Plaintiff did not file any objections to the Report. The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Complaint is **DISMISSED** with prejudice for failure to state a claim and as frivolous. All motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 13th day of July, 2006.

*Paul Brown*
PAUL BROWN
UNITED STATES DISTRICT JUDGE

1